IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TOMAS SANCHEZ JUAREZ,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-45-04-JEC-JSA |

**ORDER**

  This case is before the Court on the Magistrate Judge's Report and Recommendation [193] recommending accepting defendant's plea of guilty tendered on August 29, 2013.  No objections to the Report and Recommendation [193] have been filed.

  It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [193] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

  SO ORDERED this 23rd day of May, 2014.


                              /s/ Julie E. Carnes
                              JULIE E. CARNES
                              CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)